THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH CHARLES CAMELIN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br><br> Defendant. | CASE NO. C18-5854-JCC <br><br> ORDER |

The Court, having reviewed the report and recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, and the relevant record, ORDERS the following:

1. The Court ADOPTS the report and recommendation (Dkt. No 17);
2. This matter is REVERSED and REMANDED for further proceedings;
3. The Clerk is DIRECTED to send copies of this order to counsel and to Judge Creatura.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-5854-JCC
PAGE - 1