UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH CHARLES CAMELIN, | CASE NO. C18-5854-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Dkt. No. 21). Plaintiff prevailed on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 17, 18.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 21). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS Plaintiff attorney fees in the amount of $5,846.40.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, David Oliver, based upon Plaintiff's assignment of these amounts to counsel. (*See* Dkt. No. 21-1.) Regardless of any offset, the check shall be mailed to Mr. Oliver at the following address: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

//

1     DATED this 8th day of October 2019.

<br>

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-5854-JCC
PAGE - 2